**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| PENNSYLVANIA SERVICES CORPORATION, TRADING AS EMERALD COAL RESOURCES, LP, AND PENNSYLVANIA LAND HOLDINGS COMPANY, LLC | : No. 78 WM 2014 : : : : : : : |
| v. | : : : : |
| TEXAS EASTERN TRANSMISSION, LP | : : : : |
| PETITION OF:  AMICUS CURIAE INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA | : : : |

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of November, 2014, the Application for Leave to File Amicus Curiae Statement in Support of Petition for Allowance of Appeal is **DENIED**.